IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED
JAN 03 2019
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| WILLIAM L. BROWN,<br><br>Petitioner,<br><br>vs.<br><br>JAMES SALMONSEN,<br><br>Respondent. | Cause No. CV 19-1-BU-BMM-JCL<br><br>ORDER TO PETITIONER |

This case comes before the Court on Petitioner William L. Brown's application for writ of habeas corpus under 28 U.S.C. § 2254. Brown is a state prisoner proceeding pro se.

As a preliminary matter, although Mr. Brown has sought leave of the Court to proceed in forma pauperis, he has not submitted his an official copy of his inmate trust account statement for the previous six months. See, (Doc. 2 at 3, ¶ 12.) Rather, Brown submitted what appears to be a pay stub. (Doc. 2-1.) Before the Court can make a determination on Brown's motion, he must provide this Court with a copy of his inmate trust account statement.

Additionally, Brown's petition does not follow the Court's standard form for habeas petitions. Because the form is helpful to the Court, Brown will be required to file an amended petition using the form. In particular, based upon what has been

1

filed to date, the Court is unable to discern whether or not Brown has presented any of the claims he attempts to raise before this Court to the Montana Supreme Court.

Based on the foregoing, the Court enters the following:

**ORDER**

1. On or before **February 4, 2019**, Brown must provide this Court with an official copy of his inmate trust account statement for the previous six months. The Court will reserve ruling on Brown's motion to proceed in forma pauperis until the statement is received.

2. On or before **February 4, 2019**, Brown must complete and return the form amended petition. The Clerk of Court is directed to provide Brown with the Court's standard form along with the service copy of this order.

Failure to comply with this Order may result in dismissal of Brown's petition without notice to him.

DATED this 3rd day of January, 2019.

Jeremiah C. Lynch
United States Magistrate Judge